UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SKYE ASTIANA, on behalf of
herself and all others similarly
situated,

        Plaintiff(s),

v.

BEN & JERRY'S HOMEMADE,
INC.,

        Defendant(s).

CASE NO. 10-cv-04387-PJH

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☒ other requested deadline   90 days from the date that the Court rules on the motion to dismiss filed on December 20, 2010 (Dkt. 24).

Dated: 12/20/10

Attorney for Plaintiff
Janet Lindner Spielberg
Law Office of Janet Lindner Spielberg

Dated: Dec. 20, 2010

Attorney for Defendant
William L. Stern

Morrison & Foerster, LLP

Dated:_____    _____

Dated:_____    _____

American LegalNet, Inc.
www.USCourtForms.com

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☒ other  90 days from the date that the Court rules on the motion to dismiss filed on December 20, 2010 (Dkt. 24).

IT IS SO ORDERED.

Dated: 12/21/10

_____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

American LegalNet, Inc.
www.USCourtForms.com