WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
JANELLE J. SAHOURIA (CA SBN 253699)
JSahouria@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
BEN & JERRY'S HOMEMADE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SKYE ASTIANA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEN & JERRY'S HOMEMADE, INC.,<br><br>Defendant. | Case No.   CV10-4387-PJH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** |

Plaintiff Skye Astiana, on behalf of herself and all others similarly situated, and Defendant Ben & Jerry's Homemade, Inc. ("Ben & Jerry's") through their undersigned counsel, hereby stipulate as follows:

WHEREAS the hearing on Ben & Jerry's Motion to Dismiss Amended Complaint in the above action ("*Astiana*") is currently scheduled for February 16, 2011 (*Astiana* Dkt. 24);

WHEREAS on January 19, 2011, the Court related *Thurston et al. v. Conopco, Inc.*, Case No. 10-04937-PJH ("*Thurston*") to *Astiana* and transferred *Thurston* to this Court (*Astiana* Dkt. 34);

1    WHEREAS the Court vacated the hearing date for the pending Motion to Dismiss
2    Amended Complaint in *Thurston* (*Astiana* Dkt. 34);
3    WHEREAS the defendant in *Thurston* has re-noticed the Motion to Dismiss Amended
4    Complaint for March 2, 2011, at 9:00 a.m. in this Court (*Thurston* Dkt. 31);
5    WHEREAS the parties agree that in the interest of judicial economy due to overlapping
6    legal issues, the motions to dismiss in *Astiana* and *Thurston* should be heard on the same date;
7    IT IS HEREBY STIPULATED, subject to the approval of the Court that the date for the
8    motion to dismiss hearing for *Astiana* be reset to March 2, 2011 at 9:00 a.m.

10    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIPULATION TO CHANGE MOTION TO DISMISS HEARING DATE
CASE NO. CV10-4387-JL
sf-2945179

| | |
|---|---|
| Dated: January 25, 2011 | WILLIAM L. STERN<br>JANELLE J. SAHOURIA<br>MORRISON & FOERSTER LLP |
| | By: /s/ JANELLE J. SAHOURIA<br>      JANELLE J. SAHOURIA |
| | Attorneys for Defendant |
| Dated: January 25, 2011 | By: /s/ JOSEPH L. KRAVEC, JR.<br>      JOSEPH L. KRAVEC, JR. |
| | Janet Lindner Spielberg<br>LAW OFFICE OF JANET LINDNER SPIELBERG<br>12400 Wilshire Boulevard, Suite 400<br>Los Angeles, California 90025 |
| | Michael D. Braun<br>BRAUN LAW GROUP, P.C.<br>10680 West Pico Boulevard, Suite 280<br>Los Angeles, CA 90064 |
| | Joseph N. Kravec, Jr.<br>Ellen M. Doyle<br>STEMBER FEINSTEIN DOYLE PAYNE, LLC<br>Allegheny Building, 17th Floor<br>429 Forbes Avenue<br>Pittsburgh, PA 15219 |
| | Attorneys for Plaintiff |

**ECF ATTESTATION**

I, Janelle J. Sahouria, am the ECF User whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**.  In compliance with General Order 45, X.B., I hereby attest that Joseph N. Kravec, Jr. has concurred in this filing.

Dated: January 25, 2011

WILLIAM L. STERN
JANELLE J. SAHOURIA
**MORRISON & FOERSTER LLP**

By:  /s/ JANELLE J. SAHOURIA
         JANELLE J. SAHOURIA

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __January 26, 2011__         _____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*