UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SKYE ASTIANA,

    Plaintiff,

    v.

BEN & JERRY'S HOMEMADE, INC.,

    Defendant.
_____

CHANEE THURSTON,

    Plaintiff,

    v.

CONOPCO, INC.,

    Defendant.
_____/

No. C 10-4387 PJH

**ORDER CONTINUING HEARING DATE**

No. C 10 -4937 PJH

RELATED CASES

    The date for the hearing on defendants' motions to dismiss, previously set for March 2, 2011, has been CONTINUED to Wednesday, April 6, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: February 24, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
For the Northern District of California