1  WILLIAM L. STERN (CA SBN 96105)
   WStern@mofo.com
2  JANELLE J. SAHOURIA (CA SBN 253699)
   JSahouria@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   BEN & JERRY'S HOMEMADE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SKYE ASTIANA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEN & JERRY'S HOMEMADE, INC.,<br><br>Defendant. | Case No.    CV10-4387-PJH<br><br>**STATEMENT OF RECENT DECISION IN SUPPORT OF DEFENDANT BEN & JERRY'S HOMEMADE, INC.'S MOTION TO DISMISS AMENDED COMPLAINT AND TO STRIKE CLASS AVERMENTS**<br><br>Hearing Date: April 6, 2011<br>Time:  9:00 a.m.<br>Courtroom: 3<br>Floor: 3rd<br>Judge: Hon. Phyllis J. Hamilton<br>Action Filed: September 29, 2010 |

In accordance with Civil Local Rule 7-3(d)(2), Defendant Ben & Jerry's Homemade, Inc. ("Defendant") respectfully notifies the Court and counsel of the recent decision in *Mason v. The Coca-Cola Company*, No. 1:09-cv-00220 (NLH) (JS) (D.N.J. Mar. 31, 2011), attached hereto as Attachment A.

The discussion by the *Mason* court at (i) page 9 and (ii) page 12 n.4 are germane to Defendant's pending motion to dismiss the amended complaint (Dkt. 24) and relate to Defendant's arguments that Plaintiff has no cognizable injury (pages 10-12), Plaintiff has not alleged the elements of injury or deception with sufficient particularity (pages 12-13), and Plaintiff has no claim for common law fraud (pages 16-17).

Dated: April 1, 2011

WILLIAM L. STERN
JANELLE J. SAHOURIA
MORRISON & FOERSTER LLP

By: /s/ William L. Stern
　　　WILLIAM L. STERN

Attorneys for Defendant

STATEMENT OF RECENT DECISION IN SUPPORT OF BEN & JERRY'S MOTION TO DISMISS AMENDED COMPLAINT
CASE NO. CV10-4387-PJH
sf-2977277

1