WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
JANELLE J. SAHOURIA (CA SBN 253699)
JSahouria@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
BEN & JERRY'S HOMEMADE, INC.;
CONOPCO, INC. d/b/a UNILEVER (formerly d/b/a GOOD HUMOR-BREYERS); and UNILEVER d/b/a BREYERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SKYE ASTIANA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEN & JERRY'S HOMEMADE, INC.,<br><br>Defendant. | Case No.    10-CV-04387-PJH<br><br>**JOINT STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING ADR DEADLINE AND ALLOWING PARTIES TO ENGAGE IN PRIVATE ADR**<br><br>Judge:  Hon. Phyllis J. Hamilton<br>Action Filed:  September 29, 2010 |

1   Pursuant to ADR L.R. 3-4(b), the parties in *Skye Astiana v. Ben & Jerry's Homemade,*
2   *Inc.,* Case No. 10-cv-04387-PJH (N.D. Cal.) ("*Astiana*"), hereby stipulate and agree as follows:
3   WHEREAS, the parties in *Astiana* stipulated to and were ordered to engage in mediation
4   pursuant to ADR L.R. 6 within 90 days after the Court ruled on Defendant's motion to dismiss
5   the amended complaint.  (*Astiana* Dkt. 28.)
6   WHEREAS, the motion to dismiss in *Astiana* was decided on May 26, 2011 (*Astiana* Dkt.
7   62), and the ADR completion deadline for *Astiana* is currently August 24, 2011.
8   WHEREAS, the parties in *Astiana* have met and conferred and desire to opt-out of the
9   court-sponsored ADR program and to mediate the case before a private mediator;
10  WHEREAS, the parties now request that the Court vacate the order in *Astiana* requiring
11  the parties to participate in the court-sponsored ADR program (*Astiana* Dkt. 28).
12  WHEREAS, the parties also request that the deadline to participate in ADR be extended
13  by 60 days until October 23, 2011 to allow the parties sufficient time to participate in ADR.
14  NOW, THEREFORE, it is stipulated by and between the parties, by and through their
15  respective attorneys of record, subject to Court approval as follows:
16  The parties in *Astiana* will participate in a private mediation conducted by a private
17  mediator.
18  The deadline to complete the mediation is October 23, 2011.

| | |
|---|---|
| Dated: June 17, 2011 | JOSEPH N. KRAVEC, JR.<br>ELLEN M. DOYLE<br>STEMBER FEINSTEIN DOYLE & PAYNE, LLC |

By: /s/ Joseph N. Kravec, Jr.
        Joseph N. Kravec, Jr.

Attorneys for Plaintiffs in *Astiana*

| | |
|---|---|
| Dated: June 17, 2011 | WILLIAM L. STERN<br>JANELLE J. SAHOURIA<br>MORRISON & FOERSTER LLP |

By: /s/ Janelle J. Sahouria
        JANELLE J. SAHOURIA

Attorneys for Defendants in *Astiana*

### ECF ATTESTATION

I, Janelle J. Sahouria, am the ECF User whose ID and Password are being used to file this: JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE AND ALLOWING PARTIES TO ENGAGE IN PRIVATE ADR.

In compliance with General Order 45, X.B., I hereby attest that Joseph N. Kravec, Jr. has concurred in this filing.

| | |
|---|---|
| Dated: June 17, 2011 | MORRISON & FOERSTER LLP |

By: /s/ Janelle J. Sahouria
        Janelle J. Sahouria

1  **PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __6/20/11_____

HONORABLE PHYLLIS J. HAMILTON
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*