1
2
3

Michael D. Braun  (167416)
BRAUN LAW GROUP, P.C.
10680 West Pico Blvd., Suite 280
Los Angeles, CA  90064
Telephone: (310) 836-6000
Facsmile: (310) 836-6010

4
5
6
7
8
9

Joseph N. Kravec, Jr. (admitted *pro hac vice*)
Ellen M. Doyle (admitted *pro hac vice*)
Wyatt A. Lison (admitted *pro hac vice*)
STEMBER FEINSTEIN DOYLE
  PAYNE & KRAVEC, LLC
429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, PA  15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007

10
11
12
13

Janet Lindner Spielberg (221926)
LAW OFFICES OF JANET
  LINDER SPIELBERG
12400 Wilshire Blvd., Suite 400
Los Angeles, CA  90025
Telephone: (310) 392-8801
Facsimile: (310) 278-5938

14

***Attorneys for Plaintiffs***
   ***Thurston, Denmon-Clark, and Astiana***

James S. Notis (admitted *pro hac vice*)
Jennifer Sarnelli (242510)
Kelly A. Noto (admitted *pro hac vice*)
GARDY & NOTIS, LLP
560 Sylvan Avenue
Englewood Cliffs, NJ  07632
Telephone: (201) 567-7377
Facsimile: (201) 567-7337

***Attorneys for Plaintiffs***
   ***Corriette and Waldron***

15
16
17

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

18
19
20
21
22
23
24

| | |
|---|---|
| CHANEE THURSTON, and TANASHA DENMON-CLARK on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>          v.<br><br>CONOPCO, INC. d/b/a UNILEVER (formerly d/b/a GOOD HUMOR-BREYERS) d/b/a BREYERS,<br><br>                    Defendant. | Case No. 10-cv-04937-PJH<br><br>**DECLARATION OF JOSEPH N. KRAVEC, JR., IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF THE SETTLEMENTS**<br><br>Hon. Phyllis J. Hamilton<br><br>Date:   September 12, 2012<br>Time:  9:00 a.m.<br>Location:  Courtroom 3, Oakland Courthouse |

25
26
27
28

| | |
|---|---|
| ROSS CORRIETTE and JAMES WALDRON on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNILEVER d/b/a BREYERS,<br><br>    Defendant. | **RELATED CASE**<br><br>Case No. 11-cv-01811-PJH |
| SKYE ASTIANA on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BEN & JERRY'S HOMEMADE, INC.,<br><br>    Defendant. | **RELATED CASE**<br><br>Case No. 10-cv-04387-PJH |

I, Joseph N. Kravec, Jr., hereby declare:

1. I am a partner with Stember Feinstein Doyle Payne & Kravec, LLC, and serve as Co-Lead Counsel for Plaintiffs and the Classes in the above-captioned matters.

2. I am admitted to practice *pro hac vice* before the United States District Court for the Northern District of California in this matter.

3. I submit this declaration in support of Plaintiffs' Supplemental Memorandum in Support of Final Approval of the Settlements.

4. At my direction, on or about August 6 thru 8, 2012, an associate at my firm posted notice of the class action settlement in the above-captioned matters to several Internet message boards.

5. The statement posted to these message boards was substantially identical for each board and set forth as follows:

> http://icecreamsettlement.com/Home.aspx has claim forms for Class Members who purchased Ben & Jerry's and Breyer's Ice Cream.  Class Members are entitled to receive $2 per unit of ice cream purchased, up to a maximum of 10 claims per household.  The deadline to submit a claim is August 30, 2012.

Declaration of Joseph N. Kravec, Jr., in Support of Plaintiffs' Supplemental Memorandum in Support of Final Approval of the Settlements; Case Nos.:  10-cv-04937-PJH, 11-cv-01811-PJH, and 10-cv-04387-PJH

2

6.      The above statement on message boards on the following websites:

    a.  http://www.fatwallet.com/forums/grocery-coupons/1211631/

    b.  http://slickdeals.net/f/5030726-Ben-Jerry-s-and-Breyer-s-Ice-Cream

    c.  http://www.hotcouponworld.com/forums/rebates/479563-ben-jerrys-breyers-ice-cream.html#post3357033

    d.  http://absolute-forum.com/showthread.php?31297-Ben-amp-Jerry-s-and-Breyer-s-Ice-Cream&p=88207#post88207

    e.  http://forum.retailmenot.com/mail-offers-rebates/107677-ben-jerrys-breyers-ice-cream.html#post135316

7.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of August, 2012, in Pittsburgh, Pennsylvania.

                                           s/ Joseph N. Kravec, Jr.
                                          Joseph N. Kravec, Jr.

1

**PROOF OF SERVICE**

2

3     STATE OF PENNSYLVANIA            )
                                       )    ss.:
      COUNTY OF ALLEGHENY             )

4

5          I am employed in the County of Allegheny, Commonwealth of Pennsylvania.  I am over the age
      of 18 and not a party to the within action.  My business address is 429 Forbes Avenue, Allegheny
6     Building, 17th Floor, Pittsburgh, PA 15219.

7          On August 29, 2012, I served the document(s) described as:

8                     **DECLARATION OF JOSEPH N. KRAVEC, JR., IN**
                      **SUPPORT OF PLAINTIFFS' SUPPLEMENTAL**
9     **MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF THE SETTLEMENTS**

10    **[X]    BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:**  I caused
      the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the
      Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-
11    ECF registered parties listed on the Notice of Electronic Filing (NEF).  *"A Notice of Electronic Filing*
      *(NEF) is generated automatically by the ECF system upon completion of an electronic filing.  The*
12    *NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as*
      *required by Fed.R.Civ.P. 5(d)(1).  A copy of the NEF shall be attached to any document served in the*
13    *traditional manner upon any party appearing pro se."*

14

15         Executed on August 29, 2012, at Pittsburgh, Pennsylvania.

16                                             s/Joseph N. Kravec, Jr.
                                               Joseph N. Kravec, Jr.
17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Joseph N. Kravec, Jr., in Support of Plaintiffs' Supplemental Memorandum in Support of Final Approval of
the Settlements; Case Nos.:  10-cv-04937-PJH, 11-cv-01811-PJH, and 10-cv-04387-PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28