UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date: September 12, 2012** (Time: 37 minutes)      **JUDGE:** Phyllis J. Hamilton

**Case No:**    C-10-4387 PJH
               C-10-4937 PJH
               C-11-1811 PJH

**Case Name:** Astiana v. Ben and Jerry's Homemade, Inc.
                   Thurston, et al. v. Conopco, Inc.
                   Coriette, et al. v. Unilever

**Attorney(s) for Plaintiff:**    Michael Braun (Astiana)
                                 Kelly Noto (Corriette)
                                 Janet Spielberg (Astiana and Thurston)
**Attorney(s) for Defendant:**    Lisa Wongchenko; William Stern

**Deputy Clerk**: Nichole Heuerman      **Court Reporter**: Diane Skillman

**PROCEEDINGS**

Motion for Final Approval of Class Action Settlement-DENIED as stated on the record.

**Order to be prepared by:**    [] Pl [] Def [] Court

**Notes:**

**cc:** chambers