UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYE ASTIANA,<br><br>    Plaintiff,<br><br>    v.<br><br>BEN & JERRY'S HOMEMADE, INC., et al.<br><br>    Defendant.<br>_____/ | No. C 10-4387 PJH<br><br>**ORDER DENYING MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND FEES AND COSTS** |
| CHANEE THURSTON, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>CONOPCO, INC., et al.,<br><br>    Defendant.<br>_____/ | No. C 10-4937 PJH |
| ROSS CORRIETTE, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNILEVER d/b/a BREYERS,<br><br>    Defendant.<br>_____/ | No. C 11-1811 PJH |

    For the reasons stated at the September 12, 2012, hearing on the motions for final approval of class action settlement, and motions for attorney's fees, reimbursement of

expenses, and plaintiff incentive awards, filed by plaintiffs in the above-entitled actions, the motions are DENIED.

**IT IS SO ORDERED.**

Dated: November 21, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge