UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SKYE ASTIANA,

    Plaintiff,

v.

BEN & JERRY'S HOMEMADE, INC.,

    Defendant.

_____/

No. C 10-4387 PJH

**ORDER RE CHAMBERS COPIES**

No later than 9:30 a.m., on November 14, 2013, plaintiff shall deliver to the clerk's office a courtesy copy of the Declaration of Joseph N. Kravec, Jr., in support of plaintiff's motion for class certification, in unredacted format, and which complies with Civil Local Rule 79-5(d)(2). The chambers copy provided to the court does not comply with that rule and is unusable. All exhibits must be attached to the chambers copy. If necessary and depending on size, the declaration may be bound into two or three separate volumes.

**IT IS SO ORDERED.**

Dated: November 13, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge