UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SKYE ASTIANA,

    Plaintiff,

    v.

BEN & JERRY'S HOMEMADE, INC.,

    Defendant.
_____/

No. C 10-4387 PJH

**SECOND ORDER RE CHAMBERS COPIES**

On November 13, 2013, the court ordered plaintiff to provide a courtesy copy of the Declaration of Joseph Kravic in support of plaintiff's motion for class certification which complied with Civil Local Rule 79-5(d)(2). However, the courtesy copy was again not submitted in accordance with Rule 79-5(d)(2), and is therefore not usable by the court. While plaintiff did provide a copy of the declaration and all 27 of the exhibits on November 14, 2013 (although past the 9:30 a.m. deadline imposed by the court), the exhibits are all separate and not attached to the declaration – in contravention of the portion of the rule that states, "[T]he courtesy copy should include the declaration with all the exhibits attached, including the exhibits, or portions thereof, sought to be filed under seal."

Thus, for the second time, the court ORDERS plaintiff to submit a courtesy copy of the declaration in a format that is usable by the court. No later than 2:00 p.m. on November 15, 2013, plaintiff shall provide a copy of the declaration which complies with Rule 79-5(d)(2). In addition, the exhibits must be tabbed.

**IT IS SO ORDERED.**

Dated: November 15, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge