UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYE ASTIANA, | RELATED CASES |
| Plaintiff, | No. C 10-4387 PJH |
| v. | |
| BEN & JERRY'S HOMEMADE, INC., | **ORDER** |
| Defendant. | |
| _____ | |
| CHANEE THURSTON, et al, | |
| Plaintiffs, | No. C 10-4937 PJH |
| v. | |
| CONOPCO, INC. d/b/a UNILEVER d/b/a BREYERS, | |
| Defendant. | |
| _____ | |
| ROSS CORRIETTE, et al., | |
| Plaintiffs, | No. C 11-1811 PJH |
| v. | |
| UNILEVER d/b/a BREYERS, | |
| Defendant. | |
| _____/ | |

Before the court are the administrative motions filed by plaintiffs in the above-entitled related actions seeking to extend the discovery deadline. The motions are GRANTED as follows.

With regard to the Astiana case, in view of the change in the status of the case (the

denial of the motion for class certification), a 60-day continuance of the discovery deadline is approved. The parties shall meet and confer immediately to determine the impact of the class certification denial on the remaining discovery, and shall then complete discovery by the end of the 60-day period. The dispositive motions deadline is also continued 60 days. The court will address defendant's request for relief from Magistrate Judge Laporte's discovery ruling in a separate order.

With regard to Thurston/Corriette, a 60-day continuance of the discovery deadline is approved. At the conclusion of that period, a further case management conference will be scheduled.

**IT IS SO ORDERED.**

Dated: January 7, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge