1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


SKYE ASTIANA,                                          No. C -10-04387 PJH (EDL)

        Plaintiff,                                  **ORDER**

  v.

BEN & JERRY&'S HOMEMADE, INC.,

        Defendant.
_____/

      On December 17, 2013, the Court issued an order denying Defendant's motion to compel the return of inadvertently produced documents and holding that the documents at issue were not protected by the attorney-client privilege or the work-product doctrine.  Docket No. 168.  Plaintiff has now filed a motion to compel the production of approximately 485 documents that it claims are similar to the documents at issue in that motion.  Docket No. 174.   Plaintiff's motion to compel is currently set for hearing before the Court on January 28, 2014.  In light of Defendant's motion for relief from the Court's December 17, 2013 order (Docket No. 185), pending before Judge Hamilton, and Judge Hamilton's recent order denying Plaintiff's motion for class certification (Docket No. 190), the Court orders that the hearing on Plaintiff's motion to compel be continued until February 18, 2014, at 9:00 a.m.  Plaintiff shall, no later than January 21, 2014, file a reply brief of no more than 10 pages that addresses the impact of Judge Hamilton's class certification order and of any order from Judge Hamilton addressing Defendant's motion for relief.  Defendant shall, no later than January 30, 2014, file a sur-reply brief of no more than 10 pages that addresses the same issues.

**IT IS SO ORDERED.**

Dated: 1/10/14

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

United States District Court
For the Northern District of California