UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SKYE ASTIANA,

    Plaintiff,

    v.

BEN & JERRY'S HOMEMADE, INC.,

    Defendant.

_____/

No. C 10-4387 PJH

**ORDER**

    No later than January 22, 2014, plaintiffs shall file a response, not to exceed five pages, to defendant's motion for relief from nondispositive pretrial order of magistrate judge.

**IT IS SO ORDERED.**

Dated: January 13, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge