1   WILLIAM L. STERN (CA SBN 96105)
    WStern@mofo.com
2   CLAUDIA MARIA VETESI (CA SBN 233485)
    CVetesi@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Defendant
    BEN & JERRY'S HOMEMADE, INC.
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12   SKYE ASTIANA, on behalf of herself and all    Case No.      CV10-4387-PJH (EDL)
     others similarly situated,
13                                                  **DEFENDANT BEN & JERRY'S
                        Plaintiff,                  HOMEMADE, INC.'S
14                                                  ADMINISTRATIVE MOTION TO
            v.                                      SEAL ADDITIONAL PORTIONS OF
15                                                  PLAINTIFF'S MEMORANDUM IN
     BEN & JERRY'S HOMEMADE, INC.,                  OPPOSITION TO DEFENDANT'S
16                                                  MOTION FOR RECONSIDERATION**
                        Defendant.
17                                                  Judge:        Hon. Phyllis J. Hamilton
                                                    Action Filed:   September 29, 2010
18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 7-11 and 79-5, Defendant Ben and Jerry's Homemade, Inc. ("Ben

2    & Jerry's") respectfully requests leave of Court to file under seal additional portions of Plaintiff's

3    Memorandum in Opposition to Defendant's Motion for Reconsideration[1] ("Opposition").  While

4    Plaintiff filed an Administrative Motion to Seal some portions of her Opposition (ECF Dkt. No.

5    197), this motion to seal failed to include all references to Ben & Jerry's highly-sensitive,

6    confidential business information that Ben & Jerry's also believes is protected by the attorney-

7    client and work-product privileges.  Good cause exists to maintain these documents under seal, as

8    described below.  *See Kamakana v. City & County of Honolulu,* 447 F.3d 1172, 1180 (9th Cir.

9    2006) (party must show good cause).

10   As explained in the accompanying Declaration of William L. Stern in support of this

11   motion ("Stern Declaration"), these additional portions of the Opposition discuss documents that

12   Ben & Jerry's designated "Confidential" pursuant to the Stipulated Protective Order.  (ECF Dkt.

13   No. 70.)  Section 10 of the Protective Order requires the parties to file under seal any documents

14   designed "Confidential."  Thus, Ben & Jerry's respectfully requests that the Court shield this

15   highly-sensitive and confidential business information from the public.

16   Moreover, these additional portions of the Opposition discuss documents Ben & Jerry's

17   continues to maintain are protected by the attorney-client and work-product privileges or

18   declarations explaining why Ben & Jerry's maintains these documents are privileged.  Ben &

19   Jerry's inadvertently produced certain privileged documents to Plaintiff, and although Ben &

20   Jerry's requested that Plaintiff return the documents, she refused.  Public disclosure of this

21   information would cause Ben & Jerry's substantial harm because the documents discuss legal

22   advice protected by the attorney-client and work-product privileges.  Local Rule 79-5(b) confirms

23   that privileged documents are sealable documents and warrant protection from public disclosure.

24   Ben & Jerry's respectfully asks that the Court grant its motion to seal this highly-sensitive,

25   confidential business information, which Ben & Jerry's maintains is also privileged, from the

26

27   [1] To avoid confusion, Ben & Jerry's notes that its motion was for *relief* not
     *reconsideration*.

28
DEF.'S ADMIN. MOT. TO SEAL ADDITIONAL PORTIONS OF PLAINTIFF'S OPP. TO DEF.'S MOT. FOR
RECONSIDERATION
CASE NO. CV10-4387-PJH (EDL)
sf-3377277

1

1   public.

2

3   Dated: January 27, 2014                    WILLIAM L. STERN
                                               CLAUDIA MARIA VETESI
4                                              MORRISON & FOERSTER LLP

5

6                                              By:  /s/ William L. Stern
                                                    WILLIAM L. STERN
7

8                                              Attorneys for Defendant
                                               BEN & JERRY'S HOMEMADE, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEF.'S ADMIN. MOT. TO SEAL ADDITIONAL PORTIONS OF PLAINTIFF'S OPP. TO DEF.'S MOT. FOR
RECONSIDERATION
CASE NO. CV10-4387-PJH (EDL)
sf-3377277

2