UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SKYE ASTIANA,

    Plaintiff,

    v.

BEN & JERRY'S HOMEMADE, INC.,

    Defendant.

_____/

No. C 10-4387 PJH

**ORDER**

Before the court is the motion of defendant Ben & Jerry's Homemade, Inc., pursuant to Civil Local Rule 72-2 for relief from a discovery order issued by Magistrate Judge Elizabeth Laporte. Plaintiff Skye Astiana opposes the motion.

A district court's review of a magistrate judge's pretrial order is conducted under a "clearly erroneous or contrary to law standard." Fed. R. Civ. P. 72(a). This means that the district court should not overturn the order simply because it "might have weighed differently the various interests and equities," but rather must ascertain whether the order was contrary to law. See Rivera v. NIBCO, Inc., 364 F.3d 1057, 1063 (9th Cir. 2004).

The court finds nothing in Judge Laporte's order that is erroneous or contrary to law. Accordingly, defendant's objections are overruled, and the motion is DENIED.

**IT IS SO ORDERED.**

Dated: February 3, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge