IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SKYE ASTIANA,

        Plaintiff,

v.

BEN & JERRY'S HOMEMADE, INC.,

        Defendant.
                                                  /

No. C -10-04387 PJH (EDL)

**ORDER REGARDING DEFENDANT'S SEALING REQUESTS**

      There are two outstanding sealing requests in this case. Defendant has filed a motion to seal a page from its November 5, 2013 Motion to Compel (Docket No. 147) that it unintentionally filed publicly. See Docket No. 183. The Court hereby GRANTS Defendant's motion to seal page v of Docket No. 147. Defendant has also filed a motion to seal portions of its opposition to Plaintiff's December 23, 2013 Motion to Compel (Docket No. 174). See Docket No. 188. The proposed redactions in the motion to seal relate to Defendant's discussion of the Court's December 17, 2013 order (Docket No. 178), which has been locked pending the Court's evaluation of Defendant's redaction requests. The Court has now issued its amended order. The Court hereby DENIES WITHOUT PREJUDICE Defendant's motion to seal (Docket No. 188) and orders Defendant to narrow its redaction requests in line with the Court's amended order.

      **IT IS SO ORDERED.**

Dated: February 21, 2014

                                          ELIZABETH D. LAPORTE
                                          United States Chief Magistrate Judge