UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 08 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SKYE ASTIANA,<br><br>          Plaintiff - Petitioner,<br><br>   v.<br><br>BEN & JERRY'S HOMEMADE, INC.,<br><br>          Defendant - Respondent. | No. 14-80010<br><br>D.C. No. 4:10-cv-04387-PJH<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

The motion filed by the petitioner on May 7, 2014 for voluntary dismissal of this petition is granted. This petition is dismissed. See Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Dru E. Van Dam
Deputy Clerk